In the Matter of ZOE C. TOUMANOFF, Respondent, against JOHN F. O'CONNELL et al., Constituting the State Liquor Authority, et al., Appellants.

Argued November 20, 1952; decided January 15, 1953.

*Alvin McKinley Sylvester* and *Lucille C. Bunzl* for appellants.

*Harry Kalman* and *Milton A. Morrison* for respondent.

Orders reversed, with costs in all courts, and determination of State Liquor Authority reinstated. Petitioner's premises are within 200 feet of a church and school, and it was not clearly shown that said premises had been maintained as a bona fide club or restaurant on or prior to December 5, 1933. (See Alcoholic Beverage Control Law, § 64, subd. 7.) No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.